UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:06-CV-1631-ORL-28KRS

VIPRE SYSTEMS, LLC, a Florida limited liability company,

Plaintiff,

v.

NITV, LLC, a Florida limited liability company,

Defendant.
_______________________________________/

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S "NOTICE REGARDING COUNTERCLAIM" AND NOTICE OF WITHDRAWAL OF OBJECTED-TO LANGUAGE IN DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES.**

Defendant, NITV, LLC ("NITV"), through undersigned counsel, responds to Plaintiff's, Vipre Systems, LLC ("Vipre") Motion to Strike Defendant's "Notice Regarding Counterclaim" from Defendant's Answer and Affirmative Defenses to Amended Complaint ("Motion") [D.E. 31] as follows:

Counsel for the Parties have reached agreement on the Motion that the "Notice" language objected to in Vipre's Motion is hereby withdrawn from Defendant's Answer and Affirmative Defenses [D.E. 30], without prejudice to NITV seeking relief from this Court in the future to assert counterclaims for good cause shown pursuant to a duly filed motion and that, upon the filing of this Response, Vipre shall withdraw its Motion to Strike.

This Response should not be viewed as NITV's acquiescence to the serious accusations made by Vipre, because NITV does not believe they are accurate. NITV, by making the "Notice", was simply articulating its position regarding its presently pending claims against Vipre in the case pending in the United States District Court for the Southern District of Florida

styled *NITV, LLC, v. David Hughes, Robert Martin, D. Glenn Foster, Lawrence K. Rice, Patrick Flood, John Wayne Ryan, Computer Voice Stress Testing & Consulting, Inc., International Truth Verification PTY Ltd, Vipre Systems, LLC, Vipre-Voice Stress Sales & Training, LLC, International Law Enforcement Training Solutions, LLC, Patrick J. Wainscott, and Michael D. Brick*, Case No. 06-81027-CIV-MARRA/JOHNSON ("RICO Action"). That lawsuit was filed on November 3, 2006 and remains pending. NITV acknowledges that Vipre has asserted, in a motion to dismiss in the RICO Action, the first-filed rule and improper venue, and seeks either dismissal or transfer in the prayer for relief in that motion, but NITV does not agree that either should be applied in the RICO Action to cause the dismissal of that case or its transfer to this Court. Assuming that an order is entered in the RICO Action which dismisses or transfers the claims against Vipre, NITV expects that it will move for relief from this Court to either permit NITV to assert the claims asserted against Vipre in the RICO Action as counterclaims in this case, or to seek consolidation of the RICO Action with the case at bar, because justice will so require. Moreover, the issues underlying the claims against Vipre in the RICO Action have been asserted in affirmative defenses in the case at bar.

Respectfully submitted,

s/ Kevin P. Crosby

Kevin P. Crosby (Florida Bar No. 654360)
E-Mail: kevin.crosby@brinkleymorgan.com
Mark A. Levy (Florida Bar No. 121320)
E-Mail: mark.levy@brinkleymorgan.com
Brinkley, Morgan, Solomon, Tatum, Stanley,
Lunny & Crosby, LLP
200 E. Las Olas Blvd., Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 522-2200
Facsimile: (954) 522-9123
Attorneys for Defendant

**Certificate of Service**

I hereby certify that on May 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

s/ Kevin P. Crosby
Kevin P. Crosby

**SERVICE LIST**

**VIPRE SYSTEMS, LLC, a Florida limited liability company, Plaintiff, v. NITV, LLC, a Florida limited liability company, Defendant**
**CASE NO.: 6:06-CV-1631-ORL-28KRS**
**United States District Court, Middle District of Florida**

Jeffrey S. Boyles, Esquire
Florida Bar No. 722308
Brian R. Gilchrist, Esquire
Florida Bar No. 774065
Herbert L. Allen, Esquire
Florida Bar No. 114126
Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
PO Box 3791
Orlando, Florida 32802-3791
407-841-2330
Fax 407-841-2343
e-mail: bgilchrist@addmg.com
e-mail: hallen@addmg.com
(Counsel for Plaintiff)

Joel B. Rothman, Esquire
Florida Bar No. 0098220
jrothman@seidenlaw.com
Ronald S. Nisonson
Florida Bar No.79405
rnisonson@seidenlaw.com
Seiden, Alder, Matthewman & Bloch, P.A.
2300 Glades Road, Suite 340W
Boca Raton, Florida 33431
Telephone: (561) 416-0170
Facsimile: (561) 416-0171
mailto:jrothman@seidenlaw.com(Counsel for Defendant)

G:\wpfiles\clients\NITV\07003- VIPRE (06-1631)\Pleadings\R-Defs resp to Plaintiffs Motion to Strike.doc-5/17/07