UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VIPRE SYSTEMS LLC,**

          **Plaintiff,**

-vs-                                                  Case No. 6:06-cv-1631-Orl-28KRS

**NITV LLC,**

          **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion to Strike Defendant's "Notice Regarding Counterclaim" from Defendant's Answer and Affirmative Defenses to Amended Complaint (Doc. No. 31) filed May 3, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 20, 2007 (Doc. No. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Strike Defendant's "Notice Regarding Counterclaim" from Defendant's Answer and Affirmative Defenses to Amended Complaint is **GRANTED**. Defendant's "Notice Regarding Counterclaim" is hereby **STRICKEN**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _12_ day of July, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party