**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VIPRE SYSTEMS LLC,**

        **Plaintiff,**

-vs-                                            **Case No. 6:06-cv-1631-Orl-28KRS**

**NITV LLC,**

        **Defendant.**

## ORDER

This cause came on for consideration after oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE EXPERT REPORT AS TO COPYRIGHT INFRINGEMENT (Doc. No. 75)** |
| **FILED:** | **November 16, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **PLAINTIFF, VIPRE SYSTEMS, LLC'S MOTION . . . FOR PROTECTIVE ORDER WITH RESPECT TO COUNSELS' EYES ONLY DOCUMENTS (Doc. No. 63)** |
| **FILED:** | **October 30, 2007** |

**THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

For the reasons stated more fully during the hearing on these motions, I find that NITV has not presented evidence that it needs a computer forensic expert nor has it shown that it has exercised due

diligence with respect to discovery disputes referenced in its motion, in that it has not filed a motion to compel as to these issues. Because I do not extend the time for NITV to serve an expert report as to infringement, the motion for a protective order is moot.

| | |
|---|---|
| **MOTION:** | **ORAL MOTION TO ESTABLISH DATE FOR INQUIRY REGARDING NITV'S FINANCIAL RECORDS** |
| **FILED:** | **November 23, 2007** |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

VIPRE may conduct depositions and other discovery regarding NITV's financial records, as discussed in more detail at the hearing, from January 1, 2005 forward.

| | |
|---|---|
| **MOTION:** | **ORAL MOTION TO EXTEND TIME TO APPEAL MAGISTRATE JUDGE'S ORDERS** |
| **FILED:** | **November 23, 2007** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

NITV seeks an enlargement of time to appeal one or more orders I entered on November 8, 2007. While NITV is certainly entitled to appeal orders entered by a magistrate judge, it must do so within the time permitted by Federal Rule of Civil Procedure 72. Counsel for NITV did not establish that it cannot timely file its appeal with the exercise of due diligence.

| | |
|---|---|
| **MOTION:** | **ORAL MOTION TO COMPEL NITV TO COMPLY WITH ORDER TO PRODUCE CVSA II SOURCE CODE** |
| **FILED:** | **November 23, 2007** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

In an order dated November 9, 2007, I required NITV to produce documents and source code related to its CVSA II product on or before November 16, 2007. Doc. No. 72. At the hearing held on November 23, 2007, counsel for VIPRE indicated that, after much litigation regarding discovery of the CVSA II source code, NITV has now indicated that it does not have possession, custody or control of the CVSA II source code.[1] Counsel for NITV stated that he currently is unsure whether NITV has possession, custody or control over the CVSA II source code.

VIPRE asked the Court to order NITV to request that the United States Copyright Office produce the deposit copy of the CVSA II source code on a expedited basis, and pay the fee for such production. In light of NITV and its counsels' failure to exercise due diligence in determining whether it has possession, custody or control of the CVSA II source code and to produce this source code on or before November 16, 2007, VIPRE's request is justified.

Accordingly, it is **ORDERED** that on November 26, 2007, NITV shall submit to the United States Copyright Office, by facsimile, hand delivery, email or overnight delivery, a request for expedited production of the deposit copy of the CVSA II source code and pay any necessary fees for

---

[1] If this representation is true, then NITV's opposition to discovery requests seeking the CVSA II source code appears to have been in violation of Federal Rule of Civil Procedure 16(g)(2)(B) and may also be sanctionable under 28 U.S.C. § 1927.

expedited production.  It is further **ORDERED** that NITV shall produce the deposit copy of the source code to counsel for VIPRE within one business day after NITV or its counsel receives it from the United States Copyright Office.

**DONE** and **ORDERED** in Orlando, Florida on November 23, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties